IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:17CR3033 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL SCOTT SHIRLEY, | |
| Defendant. | |

IT IS ORDERED that as to Defendant's motion, (Filing No. 20):

1) Defendant's motion to continue the case is denied. Defendant's change of plea hearing remains set to be held on July 14, 2017 at 10:00 a.m.

2) As Defendant's request for release to treatment, the hearing on Defendant's motion for release will be held at **9:30 a.m.** on July 14, 2017 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3) Defendant, defense counsel, and counsel for the government shall attend the hearing.

July 12, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge