IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL SCOTT SHIRLEY,<br><br>    Defendant. | **4:17CR3033**<br><br>**ORDER** |

  I will deny the compassionate release motion because the defendant has not alleged that he has exhausted his administrative remedies as required under 18 U.S.C. § 3582(c). However, the dismissal will be without prejudice.

  IT IS THEREFORE ORDERED that the motion for compassionate release, Filing no. 49, is denied without prejudice.

  Dated this 28th day of April, 2020.

                BY THE COURT:

                *Richard G. Kopf*

                Richard G. Kopf
                Senior United States District Judge