IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHAEL SCOTT SHIRLEY,<br><br>               Defendant. | 4:17CR3033<br><br>**ORDER** |

IT IS ORDERED that:

(1) The Federal Public Defender or his designee is appointed to represent the defendant concerning his compassionate release motion (Filing no. 51).

(2) The Federal Public Defender or his designee shall enter his appearance at his earliest convenience.

(3) The Clerk of Court shall provide copies of Filing nos. 51 - 57 and this Order to the Federal Public Defender.

(4) Counsel shall file simultaneous briefs on the issue of compassionate release no later than July 22, 2020.

Dated this 7th day of July, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge